cently decided by the Court of Appeals, but not yet officially reported.

LITTLE, Appellant, v. MAYER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by Albert P. Little against Charles W. Mayer. No opinion. Judgment affirmed, with costs.

LOEW, Appellant, v. WHITE, Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Herman G. Loew against Elizabeth S. White. No opinion. Order of the Municipal Court, in so far as appealed from, affirmed, with costs.

LOFTUS, Respondent, v. CONTINENTAL CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by James F. Loftus against the Continental Casualty Company. No opinion. Judgment and order affirmed, with costs.

LONG ISLAND R. CO. et al., Appellants, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by the Long Island Railroad Company and another against the City of New York and others. No opinion. Motion for stay pending appeal granted, without costs. See, also, 118 N. Y. Supp. 1121.

LORD, Respondent, v. NEW YORK EVENING JOURNAL CO., Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by John J. Lord against the New York Evening Journal Company. C. J. Shearn, for appellant. J. E. O'Brien, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 130 App. Div. 105, 114 N. Y. Supp. 299.

LORDI v. PEOPLE'S SURETY CO. (Supreme Court, Appellate Term. December 22, 1909.) Appeal from City Court of New York, Special Term. Action by Antonio Lordi against the People's Surety Company. From an interlocutory judgment overruling a demurrer to the complaint, defendant appeals. Affirmed, with leave to answer. Edward M. Grout and Paul Grout, for appellant. Joseph Gifuni, for respondent.

PER CURIAM. This case is controlled by Musco v. United Surety Company, 132 App. Div. 300, 117 N. Y. Supp. 21. Defendant concedes that judgment should be affirmed, in view of the case cited, which has been affirmed by the Court of Appeals on the question of the constitutionality of the act. Judgment and order affirmed, with costs, with leave to the defendant to answer within six days upon payment of costs in this court and in the court below.

LOUGHRAN, Respondent, v. JORDAN L. MOTT IRON WORKS, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Thomas Loughran against the Jordan L. Mott Iron Works. E. L. Richards, for appellant. T. J. O'Neill, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice. See, also, 118 N. Y. Supp. 1121.

LAUGHLIN, J., dissents, voting for affirmance on his former opinion.

LUBBE v. HILGERT et al. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Action by Henry Lubbe against Matthew Hilgert and another. No opinion. Motion denied. Order filed.

LUDWIG v. LUDWIG. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Theodore Ludwig against Rosa Ludwig. J. O. Toole, for appellant. V. Taylor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LUNESCHLOSS v. ROTHSCHILD. (Supreme Court, Appellate Term. December 22, 1909.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Edgar Luneschloss against Jacob Rothschild. Judgment for plaintiff, and defendant appeals. Reversed, and new trial ordered. Daniel F. Cohalan, for appellant. Weinberg Brothers, for respondent.

PER CURIAM. The judgment was clearly against the weight of the evidence. In the letter of May 7, 1907, to the Metropole Construction Company, it is stated that the work was done on the order of Mr. Livingston, not of the defendant, as the witness Smith testified upon the trial. The attempted explanation by this witness as to why such statement was made, and what part Livingston took in the transaction, is not clear, and does not account for the contradiction. The judgment should be reversed, and a new trial ordered, with costs to appellant to abide the event.

McCOLLUM, Respondent, v. DIANA PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by Alden B. McCollum against the Diana Paper Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

McELFATRICK, Respondent, v. McELFATRICK, Appellant, et al. (Supreme Court, Appellate Division, First Department. November

5, 1909.) Action by William H. McElfatrick against Margaretta E. McElfatrick, impleaded with others. E. A. Alexander, for appellant. I. M. Dittenhoefer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McELLIGOTT v. BROWNING, KING & CO. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Margaret McElligott against Browning, King & Co. With this case has been consolidated in this court cases bearing titles as follows: Willie Gootman v. Moses Gruber et al.; Charles Scheinberg v. Meade Transfer Co.; Bartley Heaney v. Thompson Starrett Co.; Samuel S. Chamberlain v. Childs Co.; Henry Siede v. David C. Myers; Mayer L. Cohn v. Supreme Lodge, etc.; Mathias Wrablic v. L. Oscar Koven; Frederick W. Beinhauer v. Minnie Grossman. No opinions. Motions to dismiss appeals granted, with $10 costs. Orders filed. See, also, 54 Misc. Rep. 56, 105 N. Y. Supp. 370.

McILROY, Appellant, v. ABENDROTH & ROOT CO., Respondent. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by James H. McIlroy against the Abendroth & Root Company. P. J. Ross, for appellant. C. J. Hardy, for respondent. No opinion. Order modified, by providing as an additional condition that the plaintiff have leave to discontinue the action without costs, and, as so modified, affirmed, without costs. Settle order on notice.

McKELVEY, Appellant, v. LAUE, Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Mame I. McKelvey against Theodore Laue.

PER CURIAM. We think the plaintiff made out a case, both on the question of the negligence of the defendant and of the lack of contributory negligence on her part. The judgment of the Municipal Court is reversed, and a new trial ordered; costs to abide the event.

MACKEY, Appellant, v. CONSOLIDATED RY., ETC., CO., Respondent. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Ross A. Mackey against the Consolidated Railway, etc., Company. G. A. Ellis, for appellant. A. C. Cass, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McMURTRY, Respondent, v. AMERICAN MILLS CO., Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by John E. McMurtry against the American Mills Company. W. E. Milne, for appellant. J. F. Melick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MAN v. DU VIVIER. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Action by Alrick H. Man, against Charles L. Du Vivier. No opinion. Motion granted, unless appellant be ready for January term, 1910. Order filed.

MANNING, Respondent, v. GRANT, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Nora Manning, as executrix, etc., of Jeremiah C. Manning, late of Keeseville, Essex county, N. Y., against Mary J. Grant. No opinion. Order affirmed, with $10 costs and disbursements.

MAPELSDEN et al., Respondents, v. NASSAU ELECTRIC R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Marion H. Mapelsden and Herbert S. Ogden, executors, etc., of Reuben Mapelsden, deceased, against the Nassau Electric Railroad Company and another. No opinion. Judgment affirmed, with costs.

MARTIN v. DILMAN. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Action by Arthur Y. Martin, as trustee in bankruptcy, etc., against John C. Dilman, as sole surviving partner, etc. No opinion. Judgment and order affirmed, with costs.

MATTHEWS et al., Appellants, v. TITLE GUARANTY & SURETY CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by James Matthews and another against the Title Guaranty & Surety Company.

PER CURIAM. Motion for reargument denied, without costs. The decision of the appeal was based upon the fact that the statement of the agent's duties, furnished to the defendant, did not disclose the risk incurred by permitting the agent to keep goods in his own storehouse until he could sell them, by which risk all the loss sued for was occasioned. See, also, 118 N. Y. Supp. 1124.

MAYER v. JONES et al. (two cases). (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Rosalynde De Lima Mayer against Cyrus P. Jones and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 132 App. Div. 106, 116 N. Y. Supp. 300.

MEEHAN, Respondent, v. THOMAS GILL SOAP CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by James F. Meehan against the Thomas Gill Soap Company and another. No opinion. Motion for reargument denied, with costs. See also, 118 N. Y. Supp. 1124.